**No. 49542.**—Protest 948920–G of Sprouse-Reitz Co. (San Francisco).

Opinion by WALKER, J. An examination of said papers failed to disclose any reason for disturbing the action of the collector. The protest was therefore overruled.

**No. 49543.**—Protests 104313–K, etc., of Bullocks, Inc., et al. (Los Angeles, etc.).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49544.**—Protests 75623–K, etc., of Thorens, Inc., et al. (New York).

Opinion by WALKER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 21, 1944

**No. 49545.**—Protests 19011–K, etc., of Levin Bros. (New York).

Opinion by LAWRENCE, J. It appeared that these sets are similar to those involved in *Levin* v. *United States* (11 Cust. Ct. 74, C. D. 797), which record was incorporated herein. In accordance therewith the needles were held entitled to free entry under paragraph 1724; the thimbles dutiable at 40 percent under paragraph 339 as household utensils; the thread at one-half cent per 100 yards, but not less than 20 nor more than 35 percent ad valorem, under paragraph 902 as cotton thread; and the container as the usual container of the merchandise, the value of the container to be prorated among the different values of the articles in the set. Those claims were therefore sustained as to the sets identified in the decision.

**No. 49546.**—Protest 747993–G of Bullocks, Inc. (Los Angeles).

Opinion by LAWRENCE, J. It was stipulated that the book ends are similar to those covered by Abstract 30073; the blotters, Abstract 42868; the corners, Abstract 30151; the letter openers, Abstract 30073; and the bottle stoppers or corks, Abstract 46267. In view of said stipulation and authorities, the decisions in which were incorporated herein, the claim at 40 percent under paragraph 339 was sustained.